FILED

JAN 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Magistrate Case No. 07-512-M-01 |
| ) | |
| JAMES R. FISHER. ) | |
| ) | **UNDER SEAL** |
| Defendant. ) | |
| ) | |

### ORDER

Upon consideration, the United States' Consent Motion to exclude time under the Speedy Trial Act, continue the Preliminary Hearing, and set a date for a new status conference is hereby granted. Accordingly, the Court finds good cause to exclude time under 18 U.S.C. § 3161 and finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A).

The Court specifically finds good cause to exclude the time from January 14, 2008 to February 4, 2008 based on the representation that the Parties require additional time so that the parties can continue to work together to agree upon a pre-indictment resolution of the case, such that the failure to grant such a continuance would unreasonably deny the United States and the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Based upon these findings, IT IS HEREBY ORDERED THAT the Criminal Complaint previously filed in this matter will remain

UNDER SEAL and in effect until February 4, 2008 at 9:30am. The Preliminary Hearing is continued until February 4, 2008 at 9:30am. A status conference is set for February 4, 2008. The time period from January 14, 2008 up to and including February 4, 2008 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

ORDERED this 17 day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE