## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal Number:** |
| | ) | |
| **vs.** | ) | **Count One:**  **18 U.S.C. § 201(b)(2)** |
| | ) | **and Criminal Forfeiture** |
| **JAMES R. FISHER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## INFORMATION

The United States of America informs the Court that:

## COUNT ONE

[18 U.S.C. § 201(b)(2) – Bribery]

1.     From in or around 2003 and continuing until in or around October 2007, within

the District of Columbia and elsewhere, the Defendant,

## JAMES R. FISHER,

being a public official, did, directly and indirectly, corruptly demand, seek, receive, accept, and

agree to receive and accept anything of value personally and for any other person and entity,

with the intent to be influenced in the performance of an official act and to be influenced to

commit and aid in committing, and to collude in, and allow, any fraud, and make opportunity for

the commission of any fraud, on the United States, and being induced to do or omit to do any act

in violation of the official duty of such official or person; that is, the Defendant solicited and

received approximately $40,000 in cash and other things of value from a government contractor

in exchange for using his official position to influence the award and payment to that contractor

of work orders under a term contract for renovation and maintenance projects at Unites States government facilities.

In violation of Title 18, United States Code, Section 201(b)(2).

## CRIMINAL FORFEITURE

[18 U.S.C. § 981(a)(1)(C);
28 U.S.C. § 2461 – Criminal Forfeiture]

2.      Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the Defendant, once convicted of Count One (bribery, in violation of 18 U.S.C. § 201(b)(2)) shall forfeit to the United States the following property:  A sum of money equal to the total amount of proceeds traceable to the bribery, in violation of 18 U.S.C. § 201(b)(2), as charged in Count One, for which the Defendant is convicted.

3.      Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 26, United States Code, Section 2461, the Defendant shall forfeit substitute property, up to the value of the amount described in the foregoing paragraphs, if, by any act or omission of a defendant, the property described in such paragraphs, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party;

has been placed beyond the jurisdiction of the Court; has been substantially diminished in value;

or has been commingled with other property which cannot be divided without difficulty.

Dated:  This 29th day of January, 2008.

Respectfully submitted,

WILLIAM M. WELCH II
Chief, Public Integrity Section

By:      /s/Richard B. Evans_____
DANIEL A. PETALAS
RICHARD B. EVANS
Trial Attorneys
United States Department of Justice
Criminal Division
Public Integrity Section
1400 New York Ave. NW, 12th Floor
Washington, DC  20005
(202) 514-1412 – Telephone
(202) 514-3003 – Facsimile