CO-526
(12/86)

**FILED**

FEB 19 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No. 08-0012 (RMU) |
| vs. | ) | |
| JAMES R. FISHER | ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
~~Assistant~~ United States Attorney
                   TRIAL

Approved:

_____
Ricardo M. Urbina
United States District Court Judge

Date Feb. 19, 2008