United States District Court
for the District of Columbia

**FILED**
FEB 19 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

v.

WAIVER OF INDICTMENT

JAMES R. FISHER

Case Number: 08- 0012 (RMU)

I, **JAMES R. FISHER**, the above named defendant, who is accused of **Bribery, Title 18, United States Code, Section 201(b)(2) and Criminal Forfeiture, Title 18 United States Code, Section 18 United States Code, Section 981(a)(1)(C) and 28 United States Code, Section 2461** and being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **February 19, 2008**, prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____
Ricardo M. Urbina
United States District Court Judge

Date: Feb 19, 2008