UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
vs. : Criminal No. 08-0012-RMU
:
JAMES R. FISHER, :
:
Defendant. :

**ORDER OF FORFEITURE**

FILED
FEB 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IT IS HEREBY ORDERED THAT:

1. By virtue of the Defendant's guilty plea on Count One of the Information, for which the Government sought forfeiture pursuant to 18 U.S.C. § 981 and 28 U.S.C. § 2461, the Defendant shall forfeit to the United States all property constituting, or derived from, proceeds the Defendant obtained directly or indirectly, as the result of such violation.

2. The Court has determined based on the Defendant's plea agreement that the Defendant shall forfeit to the United States the sum of $40,000 pursuant to 18 U.S.C. § 981 and 28 U.S.C. § 2461. On or before the date set for his sentencing, the Defendant shall deliver a cashier's check for $40,000.00, made payable to the United States Marshals Service, to a Special Agent of the Federal Bureau of Investigation as directed by Trial Attorneys Daniel A. Petalas and Richard B. Evans of the Public Integrity Section, Criminal Division, United States Department of Justice.

3. Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

4. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

5. The Clerk of the Court shall forward four certified copies of this order to Daniel A. Petalas, Trial Attorney, Public Integrity Section, U.S. Department of Justice.

SO ORDERED:

Dated: 2/19/2008

_____
HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE