**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Magistrate No.  ~~07-512-M-01~~ 08-012 (RMU) |
| | : | |
| v. | : | |
| | : | (UNDER SEAL) |
| | : | |
| JAMES FISHER, | : | FILED |
| | : | APR 1 5 2008 |
| Defendant. | : | Clerk, U.S. District and Bankruptcy Courts |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America, by and through the Criminal Division of the United States

Department of Justice, informs the Court that the above-captioned matter has been assigned to Trial

Attorney Peter M. Koski as counsel for the United States.  Accordingly, the United States asks the

Court to designate Peter M. Koski—along with Trial Attorneys Daniel A. Petalas and Richard B.

Evans, who have already entered their appearance—as lead counsel and attorneys to be notified for

the United States.

Respectfully submitted,

WILLIAM M. WELCH II
Chief, Public Integrity Section

Peter M. Koski
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice
10th Street & Constitution Ave., NW
Bond Building, 12th Floor
Washington, DC 20530
(202) 307-3589 - direct number
(202) 514-3003 - facsimile
E-mail: Peter.Koski@usdoj.gov

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this 11th day of April 2008,

I caused to be served by regular mail a copy of the foregoing filing on the following counsel of

record:

> Cynthia Katkish, Esq.
> Law Offices of Cynthia Katkish
> 601 Pennsylvania Ave. NW
> Suite 900 South Building
> Washington, DC. 20004

> Peter M. Koski
> Trial Attorney
> Public Integrity Section
> Criminal Division
> U.S. Department of Justice
> 10th Street & Constitution Ave., NW
> Bond Building, 12th Floor
> Washington, DC 20530
> (202) 307-3589 - direct number
> (202) 514-3003 - facsimile
> E-mail: Peter.Koski@usdoj.gov