UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 08cr0012 (RMU)

JAMES FISHER

MOTION FOR A CONTINUANCE OF SENTENCING DATE

COMES NOW DEFENDANT, THROUGH COUNSEL, and respectfully moves the court to continue his sentencing date to a later date and convert his sentencing date of May 13, 2008 to a status date, and further states:

1.  Today, Mr. Fisher's doctor, Laeeq Ahmad, M.D. scheduled a medical procedure, a left leg angioplasty, for May 28, 2008 due to blockage in Mr. Fisher's left leg.

2.  On May 1, 2008, Dr. Ahmad performed the same procedure to Mr. Fisher's right leg. After a follow up visit and consultation with Mr. Fisher today, Dr. Ahmad recommended the same procedure to his left leg.[1]

3.  The procedure is scheduled for May 28, 2008 at 8:00 am.

Defendant respectfully requests that his May 13, 2008 sentencing date be converted to a status date and that his sentencing date be rescheduled to a later date.  Dr. Ahmad predicts a two-to-three week recovery period after the procedure.

---

[1] Copies of medical records are attached to this motion.

Wherefore, Defendant respectfully requests that this motion be granted.  Counsel

spoke with Richard Evans, the assistant assigned to this case.  He opposes this motion.

Respectfully submitted,

_____/s/_____
Cynthia Katkish  #418876
601 Pennsylvania Ave. N.W.
Suite 900-South Bldg. #221
Washington, D.C. 20004
Office 202-997-1386
Fax 202-99=639-2000

| | | |
|---|---|---|
| Name | : | *James Fisher* |
| Date of Procedure | : | *5-28-08* |
| Time of Procedure | : | *8:00 am (be there 7:30 am)* |
| Name of Procedure | : | *(L) leg angioplasty* |
| Name of Physician | : | *L. Ahmed* |

Please report to the admitting desk 1 hour prior to your scheduled procedure time. Please bring your ID, insurance cards and a list of medications. Be sure not to eat or drink after midnight the day before you procedure and make sure that you have a driver with you the day of your procedure.

If you are taking Coumadin, stop taking them 1 week prior to procedure.

University Center for Ambulatory Surgery
6502 Kenilworth Ave
Suite 200
Riverdale, Md 20737
Tel No (301)927-4200



# SURGICAL ASSOCIATES
## CHARTERED

**BOARD CERTIFIED SURGEONS**

GARY S. GROVER, M.D., F.A.C.S., F.I.C.S.
Vascular Endovascular Surgery

BENJAMIN H. FINDER, M.D., F.A.C.S.
Breast Surgery

SURYAKANT J. PATEL M.D., F.A.C.S.
General Advanced
Laproscopic Surgery

JAMES TZENG, M.D., PH.D.
Cardiovascular and Thoracic Surgery

TONG THANH MA, M.D.
General and Vascular Surgery

JACQUES A. ZEPHIRIN, M.D., F.A.C.S.
General and Vascular Surgery

ROBERT C. KNOX, M.D., R.V.T
Vascular Endovascular Surgery

ROBERT J. WAGNER, JR., D.O.
General and Laparoscopic Surgery

BEDFORD BOYLSTON, M.D., F.A.C.S.
Cardiothoracic Vascular Surgery

LAEEQ AHMAD, M.D., F.A.C.S.
Cardiovascular Thoracic Surgery

STANLEY CROSSLAND, M.D., F.A.C.S.
Vascular Endovascular Surgery

DONNA JOHNSON, N.P., C.W.S.
Wound Care

DONNA STEFFENSMEIER, L.P.N., C.W.S.
Wound Care

**LOCATIONS**

**Southern Maryland**
**Professional Building**
7501 Surratts Road, Suite 303
Clinton, Maryland 20735
ph    240-427-1610
Fax   301-868-0638
TTY   1-800-735-2258

**Pembrooke Medical Center**
11340 Pembrooke Square, Suite 213
Waldorf, Maryland 20603
ph    240-427-1620
Fax   301-645-8663

**Hanover Office Complex**
7223 Hanover Parkway, Suite B
Greenbelt, Maryland 20770
ph    240-427-1640
Fax   301-220-2240

**Calvert Memorial**
**Office Building**
110 Hospital Road, Suite 210
Prince Frederick, Maryland 20678
ph    240-427-1640
Fax   410-414-8032

www.SACMD.com

Name:     **JAMES FISHER**          MR #: **114157**
Attending Dr. **Laeeq Ahmad, M.D.**  Date:  **May 1, 2008**
DOB:                                 TID #: **23879849**
Referring Dr
(s):      **Ghulam Mohi-Ud-Din, MD**

**PRE-OPERATIVE DIAGNOSES:** Peripheral vascular disease, occlusion of SFA and severe high-grade stenosis of external iliac on the right side.

**POST-OPERATIVE DIAGNOSES:** Peripheral vascular disease, occlusion of SFA and severe high-grade stenosis of external iliac on the right side.

**PROCEDURE:** Right iliac angioplasty, access to the SFA with SFA angioplasty long segment, and percutaneous access of left femoral.

**SURGEON:** Laeeq Ahmad, MD.

**ANESTHESIA:** Local.

**PROCEDURE IN DETAIL:** Following the usual prep and drape, local infiltration with 1% Xylocaine was carried out in the left femoral area. Percutaneous access was obtained to the femoral artery with micropuncture needle. The dilator sheath was inserted after ensuring the direction with the guidewire. This was exchanged with an 0.035 Benson wire and advanced into the aorta. A Cobra sheath was then utilized to go across which was accomplished with moderate degree of difficulty because of the bifurcation angulation. Once into the iliac system, angios were carried out and that seem to show that the lesion previously seen on the angiograms a couple of weeks earlier seem to be much larger perhaps starting to show thrombus. The guidewires were advanced down to the profunda and a 6 x 4 balloon was then utilized to do the angioplasty. Two minutes inflation was utilized to try and track the clot in the lesion up satisfactorily. Postangioplasty shots and angiogram seem to show very good result locally. Next the catheter was advanced down further and attempt was made to try and get into the SFA. This was found to be difficult because no real rubbing was being seen of the SFA. Different angulations were tried and different shots were obtained to try and localize the take off point and initially a guidewire, then a Benson wire and finally a V18 were utilized to try and get into the SFA. I had to go back and forth numerous times before one time the catheter was successfully engaged and the wire could be advanced for a short distance. Once the catheter was able to be pushed into the SFA, the Benson wire was utilized again and that with the loop seem to go down and slowly the catheter was advanced for a short distance and a glide wire was utilized to form the loop and get into the SFA further down. Once the catheter had been down in the SFA, the glide wire was exchanged for a

JAMES FISHER                 1 of 2                    ID: 114157

V18 again. The sheath itself was advanced further down close to the SFA take off, then a longer 6 x 4 balloon was utilized to go down all the way, presence of the wire of V18 confirmed with the angios in the lumen and an angioplasty was carried out serially coming up the SFA. After the angioplasties were completed, the patient's still angiogram showed moderate stenosis, just pass the take off point and another area of stenosis was seen short distance before the reconstitution area. Both of these were re-angioplastied. Final completion of angiogram showed very good result with no significant residual stenosis except at the top portion there is a small 20% residual still visible. At this point, balloon and wire was taken out and exchanged for a short sheath. Mynx closure was then utilized to close the arterial access point. Dressing applied and the procedure was terminated. The patient tolerated the procedure satisfactorily and after completion he was transferred to the recovery room in good condition. Posterior tibial pulses were palpable after completion of the procedure.

Laeeq Ahmad, M.D.

*(202) 639-2000*

RE: FISHER, JAMES
MR#: 114157
DOB:

ANESTHESIA: Local with conscious sedation.

PREOPERATIVE DIAGNOSIS: Peripheral vascular disease.

POSTOPERATIVE DIAGNOSIS: Peripheral vascular disease with SFA occlusion.

PROCEDURE: Abdominal angiogram, graft placement second order bilateral leg angiogram, right femoral angiogram and left femoral angiogram.

Following the usual prep and drape, local infiltration of 1% Xylocaine was carried out in the left femoral area. The right pulse was very feeble, difficulty to feel, access were obtained with the micropuncture needle, they were inserted and seemed to go up smoothly, this was exchanged for an L3-L5 Benson wire. A pigtail sheath was then inserted, abdominal angiogram was carried out. The catheter was then drawn to the bifurcation area and lower leg angiograms were carried out. Next the catheter was guided with the Benson wire into the right common iliac, attempted to get it at cross into the right femoral; however, the catheter would hang up right after the bifurcation and would not go much further. Guidewire was changed. X-rays were taken in this position through the iliacs and through the common femoral, both in the AP and then with a 15-degree angle. An attempt was made with the glide wire to see if the catheter would go through without success, subsequently the catheter was eventually pulled out to the bifurcation area and further angiogram of the right side were carried out with that. Next, a catheter was drawn into the left system at the left side iliac and left leg angiogram was carried out. The catheter was then removed along with the wires. The sheath was finally removed. Pressure held to establishes hemostasis. The patient then observed in the recovery room.

FINDINGS: The abdominal aorta seemed to be somewhat ectatic looking and the major vessels coming off appeared to be without any significant stenosis. The bifurcation area looked again ectatic down to the bifurcation beyond that the iliac seemed to look fairly normal caliber. The left side no lesions are noted in the iliac system. The common femoral was patent, however the SFA was occluded. Popliteal was reconstituted and three vessel runoff was present today. On the right side, external iliac seemed to have about an 80% narrowing right after its take off, very likely the reason for the catheter was not going through. Distal iliac common femoral seemed to be okay. The SFA was occluded. Popliteal being reconstituted and three-vessel runoff was noted to be started after the popliteal; however because of the lack of adequate density, vessels in the distal part of the leg could not be well visualized.

Laeeq Ahmad, M.D.


CC:

Job #: 23273037

MD#
N/S