UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Criminal No.   08-cr-0012 (RMU) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **JAMES R. FISHER,** | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT FISHER'S MOTION FOR A CONTINUANCE OF THE SENTENCING DATE

The United States of America, by and through its undersigned counsel, respectfully submits its opposition to defendant James R. Fisher's motion. Defendant Fisher requests a continuance of his sentencing date "to a later date" and to "convert his sentencing date of May 13, 2008 to a status date." The sole reason for this request is that he is scheduled to undergo an angioplasty on his left leg on May 28, 2008, more than two weeks after the current sentencing date. Defendant's request is a non-sequitur and should be denied.

The fact that the defendant has a medical procedure, which is essentially an outpatient procedure, scheduled for 15 days after his sentencing date is of little import. Although we oppose the delay of his sentencing date, we would not oppose the Court delaying his report into custody until after his medical procedure on May 28 and the time necessary for his recovery. According to defendant's motion, he had the same procedure performed eight days ago on his other leg and his counsel informed the Government that he was able to deliver the restitution check to her this past Monday. Defendant is currently on bond pending sentencing and we would not ask that he be remanded into custody at the time of sentencing if defendant's motion to continue sentencing is denied.

Accordingly, this Court should deny defendant's request to delay sentencing.

Dated: May 9, 2008

        Respectfully submitted,

        WILLIAM M. WELCH II
        Chief, Public Integrity Section


        /s/ Richard B. Evans
        DANIEL A. PETALAS
        RICHARD B. EVANS
        PETER M. KOSKI
        Trial Attorneys
        Public Integrity Section
        Criminal Division
        U.S. Department of Justice
        10th Street & Constitution Ave., NW
        Bond Building, 12th Floor
        Washington, DC 20530
        (202) 307-3589 - direct number
        (202) 514-3003 - facsimile
        E-mail: richard.b.evans@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 9th day of May, 2008, I caused to be electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of this filing to the following attorney of record:

        Cynthia Katkish, Esq.
        Law Offices of Cynthia Katkish
        601 Pennsylvania Ave. NW
        Suite 900 South Building
        Washington, DC. 20004

        /s/ Richard B. Evans
        DANIEL A. PETALAS
        RICHARD B. EVANS
        PETER M. KOSKI
        Trial Attorneys
        Public Integrity Section
        Criminal Division
        U.S. Department of Justice
        10th Street & Constitution Ave., NW
        Bond Building, 12th Floor
        Washington, DC 20530
        (202) 307-3589 - direct number
        (202) 514-3003 - facsimile
        E-mail: richard.b.evans@usdoj.gov