UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 08-0012 (RMU) |
| | : | |
| JAMES R. FISHER, | : | Document No.: 26 |
| | : | |
| Defendant. | : | |

**ORDER**

**FILED**
MAY 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the defendant's motion for a continuance of the sentencing date and the government's opposition thereto, it is this 12th day of May 2008, hereby

**ORDERED** that the defendant's motion for a continuance is hereby **DENIED**. The sentencing will proceed as scheduled on May 13, 2008 at 1:30 p.m.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge