HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: **1:08cr0012-01** |
| --- | --- | --- |
| vs. | : | SSN: **N/A** |
| FISHER, James | : | Disclosure Date: **April 2, 2008** |

**FILED**
MAY 13 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
Prosecuting Attorney                                             Date

### For the Defendant
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_James R. Fisher_  4/12/2008          _[signature]_  4/12/08
Defendant          Date                          Defense Counsel          Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **April 16, 2008**, to U.S. Probation Officer **Kevin A. Dick**, telephone number **(202) 565-1462**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
       United States Probation Officer

Receipt and Acknowledgment                                        Page 2

✓ Paragraph #38 - Emily A. Peter (not Porter)
✓ Paragraph #39 - October 27, 1973 (not Oct. 21)
- Paragraph #47 - 5th line: "Plumber and Pipefitter" (not electrician)
✓ Paragraph #47 - 5th line: 1978 (not 1971)
✓ Paragraph #48 - 2nd line: two tours in Vietnam (not "a")
  Paragraph #48 - Please add Ntl. Defense Service Medal and Armed Forces Expedition Medal
✓ Paragraph #50 - add plumber, delete electrician & utilitiesman
- Paragraph #50 - add infantryman
  Paragraph (#52) - add a new paragraph to include all info on Fisher's US Naval Reserve enlistment: Enlisted on 4/7/79 in the U.S. Naval Reserve and was honorably discharged Dec 31, 1997. See attached list of awards & medals.
  Paragraph #51 - discharged "from Marine Corps" on ......
  Paragraph #52 - pages 10 and 11: see attached pages 10 and 11
✓ Paragraph #54 - court appointed (not retained)
  Paragraph #60 - The calculation of the parties in the plea agreement and that of the PSR writer are the same.
  Paragraph #73 - Although the payment is not for restitution, Mr. Fisher has agreed to forfeit to the United States the sum of $40,000 pursuant to 18 U.S.C. 981 and 28 USC 2461 by Cashier's Check on or before the date of sentencing.

  Paragraph #43 - Mr. Fisher is scheduled for an angiogram on 4/15/08. An angiogram is a special X-Ray to examine the arteries and blood vessels within a body to look for blockage. (See attached info.)


Signed by: _James R. Fisher_ 4/8/08
           _Cynthia Katch_
           (Defendant/Defense Attorney/AUSA)
Date: 4/8/08

CYNTHIA KATKISH
Attorney at Law
601 Pa. Ave. NW
900-S pmb 221
WDC 20004
Office: 202-639-8132
Fax: 202-639-2000

# Fax

To: Kevin Dick          From: Cynthia Katkish
Fax: 2-273-0242         Date: 4-14-08
Phone:                  Pages: 4 + cover
Re: James Fisher        CC:
Review    Comment    Urgent    FYI

Comments: Final Corrections and signed R+A form.

**Receipt and Acknowledgment**                                                             Page 2

Dara.   #1 last line of paragraph should read 2007 (not 2006)
#7 Insert in line #4, the following explanation:

On 3/24/08, Mr. Dick, the PSR writer, visited with Mr. Fisher at Fisher's house in order to obtain a photo for this report. Mr. Fisher believed that this visit fulfilled his call-in requirement.

#46   Mr. Fisher did further his education and training in the U.S.M.C. and Naval Reserves. Please add in the PSR report the attached list of programs and courses.

                                                                James R. Fisher   4/12/2008

                            Signed by:   Cynthia Keller
                                         (Defendant/Defense Attorney/AUSA)

                            Date:        4/12/08

# 46. EDUCATION AND VOCATIONAL SKILLS

6/13/1962 Certificate. Refrigeration and Air Conditioning Mechanic. Marine Corps Engineer Schools at Courthouse Bay, Camp Lejeune, N.C. Four-month training program.

6/3/1963 Certificate. Water Supply Mechanic. Marine Institute, Washington D.C. Four-month training program.

2/13/1965 Certificate. Non-Commissioned Officer Leadership Course. Third Marine Division Schools. One-month training program.

1/22/70 Certificate. Operations against Guerilla Units. (Infantry tactics and training.) Marine Corp Institute, Washington, D.C. Two-week training.

5/25/1983 Certificate. Dept. of the Navy. Public Works Training Center. Supervision and Management for Navy Civilian Personnel.

11/18/1983 Maintenance Inspector Training. Department of Navy. Public Works training Center.

2/28/1986 Certificate. Instructor Basic Course.(Teacher training.) One Month program. Naval Air Facility. Washington, D.C.

2/2/1990 Certificate. Leadership and Management Education and Training for Chief Petty Officer. Naval Amphibious School.

Twenty-One Courses. Department of the Navy. (During Reserve Career.) .

ALTHOUGH THE FOLLOWING COURSES HAD A ONE-YEAR COMPLETION LIMIT, MR. FISHER COMPLETED EACH COURSE IN LESS THAN THREE MONTHS

6/9/1979 Military Requirements for Petty Officer Three and Two
6/9/1979 Military Requirements for Petty Officer One and Chief
9/10/1979 Utilitiesman One and Chief
9/10/1979 Utilitiesman Three and Two
12/6/1979 Builder One and Chief (Carpentry)
12/6/1979 Electricity Part I (Electrician)
2/5/1980 Construction Electrician
2/5/1980 Blueprint Reading and Sketching
7/15/1980 Builder Three and Two (Carpentry)
7/15/1980 Tools and Their Uses
9/12/1980 Constructionman
12/12/1980 Mathematics Part I
12/18/1983 Seabee Combat Handbook

1/04/1984 Navy Supply System
1/14/1984 Engineering Administration
2/14/1984 Naval Orientation
4/11/1984 Boiler Technician
9/11/1984 Refrigeration and Air Conditioning
6/17/1986 Intro. to 3-M system (Computer supply system)
4/29/1987 Watch Officer (Supervision)
4/21/1989 Navy Regulations

THE ABOVE-LISTED PROGRAMS OR COURSES (EXCEPT FOR REFRIGERATION AND AIR CONDITIONING) WERE NOT REQUIREMENTS FOR MR. FISHER'S POSITIONS IN THE MARINE CORP OR THE NAVAL RESERVE BUT WERE TAKEN BY HIM TO FURTHER HIS TRAINING AND EDUCATION.