Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. _1:08CR 0012-01_
_James R. Fisher_ )
)

## NOTICE OF APPEAL

Name and address of appellant: _James R. Fisher_

Name and address of appellant's attorney: _Cynthia Katkish_
_601 Pa. Ave. N.W._
_900-South #221_
_Washington, D.C. 20004_

Offense: _Bribery 18 U.S.C. 201(b)(2)_

Concise statement of judgment or order, giving date, and any sentence:
_Sentencing held on 5/13/2008. Count 1, Bribery sentenced to Eighteen (18) mths. incarceration, followed by 2 years supervised release. Fine $500.00; Special assessment of $100.00._

Name and institution where now confined, if not on bail: _Defendant will surrender after he is notified by BOP._

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_5/21/2008_
DATE

_James R. Fisher_
APPELLANT

_Cynthia Katkish_
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☑
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?                YES ☐   NO ☑
Has counsel ordered transcripts?                      YES ☐   NO ☑
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☑   NO ☐