# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-3041**                                **September Term 2007**

1:08-cr-00012-RMU-1

**Filed On: June 10, 2008** [1120909]

United States of America,

    Appellee

    v.

James R Fisher,

    Appellant

FILED

JUN 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## O R D E R

Upon consideration of appellant's motion to dismiss appeal, and the affidavit in support thereof, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed. See D.C. Circuit Handbook of Practice and Internal Procedures 34 (2007).

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
     Mark A. Butler
     Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By _____ Deputy Clerk