HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

JUL 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

James Fisher          Docket No.: 08CR0012-01

TO: DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  **James Fisher**  having been sentenced, on May 13, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to   FCI Cumberland  , in   Cumberland, MD   by 2 p.m., on   July 17, 2008  .

7/3/2008
Date

*[signature]*
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_____        x _____
ATTORNEY/U.S. PROBATION OFFICER              DEFENDANT

Revised 6-2004